IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03095-WYD-MEH

SABRINA L. MARTIN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and
JAMIE DERRERA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 13, 2012.**

American Family's Motion for Settlement Conference Before Magistrate Judge [filed April 10, 2012; docket #18] is **denied without prejudice**. Because settlement is a voluntary process, the Court declines to set a settlement conference without the express consent of both parties. Such consent is not evident from American Family's motion. If Plaintiff becomes amendable to settlement, the parties are directed to teleconference together and contact my Chambers at (303) 844-4507 to obtain an available date.